

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00173-CV

———————————————

JOSEPH MENDOZA AND VANESSA ACOSTA, Appellants

V.

RACHEL LANEY, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2023-001713-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellants' brief was due on September 11, 2023, but no brief was filed. *See* Tex. R. App. P. 38.6(a). On September 25, 2023, we warned Appellants that we could dismiss the appeal for want of prosecution unless, within ten days, they filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, but we have not received a response.

Because Appellants have failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: October 26, 2023